1

2

3

4

5

6

7

8                               **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARY ANN RICHARDSON,                  Case No.: CV 16-4154 AS

12                  Plaintiff,

13        v.                                **JUDGMENT**

14   NANCY A. BERRYHILL,
     Acting Commissioner of Social
15   Security,

16                  Defendant.

17

18

19

20        IT IS ADJUDGED that the decision of the Commissioner is

21   AFFIRMED and that the above-captioned action is dismissed with

22   prejudice.

23

24   Dated: March 30, 2017.

25                                    _____/s/_____

26                                         ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE
27

28